IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-po-00012-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BENJAMIN C. JOHNSON,

    Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On March 25, 2009, the probation officer submitted a petition for early termination of probation in this case. The Assistant United States Attorney Wyatt Angelo does not object to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Grand Junction, Colorado, this 1st day of ~~March~~ April, 2009.

BY THE COURT:

Laird Milburn
United States Magistrate Judge